**STEPHENSON, ACQUISTO & COLMAN**
**BARRY SULLIVAN, ESQ.        (SBN 136571)**
**JOSEPH HELGESON, ESQ.       (SBN 229414)**
303 NORTH GLENOAKS BLVD., SUITE 700
BURBANK, CA 91502-3226
Telephone:    (818)559-4477
Facsimile:    (818)700-0657

Attorneys for Plaintiff
DOCTORS MEDICAL CENTER OF
MODESTO, INC., a California corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California corporation,<br><br>           Plaintiff,<br><br>v.<br><br>ALLIANCE INTERNATIONAL ASSISTANCE, LLC, a Texas corporation; and DOES 1 through 25, inclusive,<br><br>           Defendants. | CASE NO.:  1:05-cv-00028-REC-SMS<br><br>**(1)  STIPULATION TO AMEND COMPLAINT**<br><br>**(2)  ORDER THEREON**<br><br>Judge:         Robert E. Coyle<br>Courtroom No:          1 |

   WHEREAS, the defendant "Travel and Personal Underwriters" was added as a Doe Defendant prior to the filing of the Notice of Removal in this case;

   WHEREAS, it appears that the correct name of said party is in fact "Travel and Personal Underwriters Limited" rather than "Travel and Personal Underwriters";

   WHEREAS, it is the desire of the parties to amend the complaint to correctly name said defendant as "Travel and Personal Underwriters Limited" and to reflect the fact that this action is now pending in Federal court;

1  WHEREAS, counsel for Defendant ALLIANCE INTERNATIONAL ASSISTANCE ("Alliance") also represents "Travel and Personal Underwriters Limited";

4  WHEREAS, it is the desire of the parties to expeditiously reach the merits of the case;

6  THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the parties who have appeared in this action: Plaintiff DOCTORS MEDICAL CENTER OF MODESTO, INC., and Defendant ALLIANCE INTERNATIONAL ASSISTANCE, LLC, as follows:

1. That Plaintiff may file an amended complaint to include the defendant named "Travel and Personal Underwriters Limited";

2. That Exhibit 1 hereto contains a true and accurate copy of the amended complaint that Plaintiff may file;

3. That Exhibit 2 hereto contains a true and accurate copy reflecting the changes that have been introduced by said amended complaint as compared to the original state court complaint;

4. That counsel for Travel and Personal Underwriters Limited will accept service of process on behalf of Travel and Personal Underwriters Limited;

5. That, for the purposes of this litigation, Alliance was an agent-in-fact for Travel and Personal Underwriters Limited for the hospitalization described in the amended complaint, and Travel and Personal Underwriters Limited therefore accepts any and all of the liabilities (if any) of Alliance caused by said agency-in-fact;

///
///

6. That after the amended complaint has been filed and served upon Alliance and Travel and Personal Underwriters Limited (by way of counsel), that Plaintiff will dismiss Defendant Alliance with prejudice.

7. That Travel and Personal Underwriters will not use Alliance's dismissal in any way to limit Travel and Personal Underwriters' own liability (if any).

SO STIPULATED.

Date: _____April 7_____, 2005          STEPHENSON, ACQUISTO & COLMAN

                                            _____/s/  Barry Sullivan_____
                                            BARRY SULLIVAN
                                            Attorney for Plaintiff
                                            DOCTORS MEDICAL CENTER OF
                                            MODESTO, INC.

SO STIPULATED.

Date: _____April 7_____, 2005          LONG & LEVIT LLP

                                            _____/s/  Seth Watkins_____
                                            SETH WATKINS
                                            Attorney for Defendant and Cross-Complainant
                                            ALLIANCE INTERNATIONAL ASSISTANCE
                                            LLC

**ORDER**

The parties having stipulated to amend the complaint to correct the names of the parties,

IT IS HEREBY ORDERED that Plaintiff is given leave to file the amended complaint to substitute the name "Travel and Personal Underwriters Limited" for the defendant previously designated as "Travel and Personal Underwriters."

IT IS SO ORDERED.

**Dated:   May 6, 2005**          /s/ Sandra M. Snyder
icido3                    UNITED STATES MAGISTRATE JUDGE