BARRY SULLIVAN        (SBN 136571)
JOSEPH HELGESON        (SBN 229414)
STEPHENSON, ACQUISTO & COLMAN
303 NORTH GLENOAKS BOULEVARD, Suite 700
BURBANK, CALIFORNIA  91502-1119
Telephone: (818) 559-4477
Facsimile: (818) 550-5484

Attorney for Plaintiff,
DOCTORS MEDICAL CENTER OF MODESTO, INC.,
a California corporation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALLIANCE INTERNATIONAL ASSISTANCE, a Texas corporation, and TRAVEL AND PERSONAL UNDERWRITERS LIMITED, a British corporation,<br><br>                    Defendants.<br>_____/ | CASE NO:  1:05-cv-00028-REC-SMS<br><br>STIPULATION OF DISMISSAL OF DEFENDANT ALLIANCE INTERNATIONAL ASSISTANCE |

          IT IS HEREBY STIPULATED by and between the parties to this action through

their designated counsel that the defendant "Alliance International Assistance" be

dismissed with prejudice pursuant to the terms of the April 7, 2005 stipulation and

subsequent order and Fed. R. Civ. Proc. Rule 41(a)1(ii).

///

///

///

///

///

1

1    SO STIPULATED,

2                                        STEPHENSON, ACQUISTO & COLMAN

3

4    Dated:   June 9th   , 2005          By:    /s/ Joseph Helgeson
                                                Joseph Helgeson, Esq.
5                                               Attorney for Plaintiff,
                                                DOCTORS MEDICAL CENTER OF
6                                               MODESTO

7

8    SO STIPULATED,

9                                        LONG & LEVIT LLP

10

11   Dated:   June 9th   , 2005          By:    /s/ Seth Watkins
                                                Seth Watkins, Esq.
12                                              Counsel for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL

1

**[PROPOSED] ORDER**

2   The parties, having stipulated to dismiss the defendant Alliance International Assistance

3   with prejudice pursuant to the terms of the April 7, 2005 stipulation and subsequent order,

4

5          IT IS HEREBY ORDERED that defendant Alliance International Assistance is

6   dismissed with prejudice from this action, pursuant to Fed. R. Civ. Proc. Rule 41(a)1(ii).

7

8

9   Date: _____6/20/05_____            _____ROBERT E. COYLE___

10                                                              Signature

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28