```
BARRY SULLIVAN        (SBN 136571)
JOSEPH HELGESON       (SBN 229414)
STEPHENSON, ACQUISTO & COLMAN
303 NORTH GLENOAKS BOULEVARD, Suite 700
BURBANK, CALIFORNIA  91502-1119
Telephone: (818) 559-4477
Facsimile: (818) 550-5484
```

Attorney for Plaintiff,
DOCTORS MEDICAL CENTER OF MODESTO, INC.,
a California corporation

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California corporation,<br><br>　　　　Plaintiff and,<br>　　　　Counter-Defendant,<br><br>　　v.<br><br>TRAVEL AND PERSONAL UNDERWRITERS LIMITED, a British corporation,<br><br>　　　　Defendant and<br>　　　　Counter-Claimant,<br><br>and<br><br>ALLIANCE INTERNATIONAL ASSISTANCE,<br><br>　　　　Counter-Claimant. | CASE NO:  1:05-cv-00028-REC-SMS<br><br>ORDER RE JOINT STIPULATION OF DISMISSAL |

　　　IT IS HEREBY STIPULATED by and between all the remaining parties in this action, pursuant to their mediation and settlement, and through their designated counsel, that: i) "Doctors Medical Center of Modesto, Inc." hereby dismiss with prejudice its complaint; and ii) "Travel and Personal Underwriters Limited" and "Alliance International Assistance" hereby dismiss with prejudice their counterclaim.

///

///

1

ORDER RE JOINT STIPULATION OF DISMISSAL

1 | IT SO ORDERED.
2 |
3 | Dated:__November 14, 2005        /s/ ROBERT E. COYLE_____
  |                                  THE HONORABLE ROBERT T. COYLE